IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEROME WADE,

    Plaintiff,

     v.

BRETT ZIMBRICK
#1655,

    Defendant.

CIVIL ACTION FILE
NO. 1:09-CV-3275-TWT

## ORDER

This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 30] of the Magistrate Judge recommending granting the Defendant Zimbrick's Motion for Summary Judgment [Doc. 19 & 21]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant Zimbrick's Motion for Summary Judgment [Doc. 19 & 21] is GRANTED.

SO ORDERED, this 27 day of June, 2011.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge

T:\ORDERS\09\Wade\r&r.wpd